UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **22-3233**

Case Title: **Lora Freier-Heckler** vs. **Denis McDonough, et al**

List all clients you represent in this appeal:

**DENIS MCDONOUGH, Secretary, Department of Veteran Affairs;
VA MEDICAL CENTER OF CLEVELAND**

| ☐ Appellant | ☐ Petitioner | ☐ Amicus Curiae | ☐ Criminal Justice Act |
| ☑ Appellee | ☐ Respondent | ☐ Intervenor | (Appointed) |

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sara E. DeCaro**          Signature: s/ **Sara E. DeCaro**

Firm Name: **U.S. Attorney's Office**

Business Address: **801 West Superior Ave., Suite 400**

City/State/Zip: **Cleveland, OH 44113**

Telephone Number (Area Code): **(216) 622-3670**

Email Address: **Sara.DeCaro@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17